1
2
3
4
5                     IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    KENNETH M. DOUGLAS,                    )   No. C 06-6244 JSW (PR)
                                            )
9                    Petitioner,            )
                                            )
10           vs.                            )   **TRANSFER ORDER**
                                            )
11   JAMES E. TILTON, Secretary, Youth &    )
     Adult Correction Agency               )   (Docket No. 3)
12                                          )
                     Respondent.            )
13   ───────────────────────────────────────
14
15          Petitioner, a prisoner incarcerated at Pleasant Valley State Prison in Coalinga,
16   California, has filed a petition for a writ of habeas.  The petition does not challenge his
17   incarceration on an underlying criminal conviction, but instead challenges the failure of
18   the prison facility to provide him with credits toward his sentence based on his
19   participation in the Inmate Work Training Incentive Program.  Pleasant Valley State
20   Prison is located in Fresno County, which lies within the venue of the Eastern District of
21   California.  See 28 USC § 84(b).
22          Venue is proper in a habeas action in either the district of conviction or the district
23   of confinement, see id § 2241(d).  However, federal courts in California traditionally
24   have chosen to hear petitions challenging a conviction or sentence in the district of
25   conviction.  *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v.*
26   *Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  If the petition is directed to the manner
27   in which a sentence is being executed, e.g., if it involves parole or time credits claims,
28   the district of confinement is the preferable forum.  *See* Habeas L.R. 2254-3(a); *Dunne v.*

*Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Because the County of Fresno lies in the Eastern District of California, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.  Because this Court is transferring Petitioner's, it will not resolve the pending motion seeking in forma pauperis status (docket no. 3).

The Clerk of the Court is directed to transfer this matter forthwith.

IT IS SO ORDERED.

DATED:  October 17, 2006

JEFFREY S. WHITE
United States District Judge

2